IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CB3006 |
| vs. | VIOLATION NOTICE: 6364404 |
| JEFFREY C. BOYLE, | ORDER |
| Defendant. | |

Upon motion of the government, this matter is continued to August 3, 2017 at 8:30 a.m.

July 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge